# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **CURTIS WORMSBAKER,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:12-CV-00732-N-BF |
| | § | |
| **MICHAEL J. ASTRUE,** | § | |
| **COMMISSIONER OF SOCIAL** | § | |
| **SECURITY ADMINISTRATION,** | § | |
| | § | |
| Defendant. | § | |

## FINDINGS, CONCLUSIONS, AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

This case has been referred to the United States Magistrate Judge for Findings, Conclusions, and Recommendation. On August 21, 2012, Defendant filed a Motion to Reverse with Remand for further Administrative Proceedings. Plaintiff does not oppose the motion.

The Court recommends that Defendant's Motion be GRANTED. Because the motion is unopposed, this Court need not give notice and the opportunity to object to this recommendation. Accordingly, the Court recommends that the District Court enter Judgment reversing this case with remand for further Administrative Proceedings as agreed to by the parties.

SO RECOMMENDED, September 10, 2012.

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE