IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CURTIS WORMSBAKER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 3:12-CV-732-N (BF) |
| | § | |
| CAROLYN W. COLVIN, | § | |
| Commissioner of Social Security | § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files, and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated April 29, 2013, the Court finds that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

Plaintiff's motion for attorney's fees (Doc. 23) is GRANTED, and Plaintiff is awarded attorney's fees under the EAJA in the amount of $3,307.47. Such fees are to be paid directly to Coats & Todd, PC, counsel for Plaintiff.

**SO ORDERED January 28, 2014**

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE